IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| S.F., | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 2:18-cv-94 |
| NEWTON E. HIGGINBOTHAM III, individually and as an agent for The State of West Virginia, Department of Military Affairs, | ) |
| | ) |
| Defendant(s)/ Third-Party Plaintiff(s), | ) |
| | ) |
| v. | ) |
| | ) |
| _____, | ) |
| Third-Party Defendant(s). | ) |

**DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1**
(Civil Action)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant ,
(type of party)
who is West Virginia State Police , makes the following disclosure:
(name of party)

Page 1 of 2

1. Is the party a non-governmental corporate party?

    ☐ YES    ☒ NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

3. If the answer to Number 1 is "yes," list below any publically-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

    The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it will promptly file a supplemental statement upon any change in the information that this statement requires.

                                                      s/ Gary E. Pullin, Esq.
                                                      _____
                                                      Signature of Counsel for Party

Date: October 15, 2018