IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

S.F.,

    PLAINTIFF,

v.                                                                 Civil Action No. 2:18-cv-94
                                                                     Judge John Preston Bailey

NEWTON E. HIGGINBOTHAM III,
individually and as an agent for
The State of West Virginia, Department of
Military Affairs, and the West Virginia
State Police,

    DEFENDANT.

**ORDER FILING PLAINTIFF'S SUPPLEMENTAL RESPONSE TO DEFENDANT
NEWTON E. HIGGINBOTHAM III'S MOTION TO QUASH OR
MODIFY PLAINTIFF'S SUBPOENA TO WEST VIRGINIA STATE POLICE OR,
IN THE ALTERNATIVE, MOTION FOR A PROTECTIVE
AND EXHIBITS THERETO, UNDER SEAL**

        On the 25th day of January, 2019, came the plaintiff, F. S. by and through her counsel for her motion, Plaintiff's Motion To File Under Seal Plaintiff's Supplemental Response To Defendant Newton E. Higginbotham III's Motion To Quash Or Modify Plaintiff's Subpoena To West Virginia State Police Or, In The Alternative, Motion For A Protective Order. [Document 39]

        Plaintiff's Motion To File Under Seal Plaintiff's Supplemental Response To Defendant Newton E. Higginbotham III's Motion To Quash Or Modify Plaintiff's Subpoena To West Virginia State Police Or, In The Alternative, Motion For A Protective Order. [Document 38] contained quotes from a document and exhibits that were subject a Protective Order [Document 14] and should be filed under seal.

        WHEREFORE, the Court having reviewed the motion and documents attached thereto orders that Plaintiff's Motion To File Under Seal Plaintiff's Supplemental Response To Defendant Newton E. Higginbotham III's Motion To Quash Or Modify

Plaintiff's Subpoena To West Virginia State Police Or, In The Alternative, Motion For A Protective Order [Document 38] be filed under seal.

Entered this the ___29th___ of January, 2019.

/s/ James P. Mazzone

JAMES P. MAZZONE
UNITED STATES MAGISTRATE JUDGE

Prepared by:

**HEAVENS LAW FIRM, PLLC**
Christopher J. Heavens (WV Bar No. 5776)
Aaron M. Kidd (WV Bar No. 13213)
2438 Kanawha Boulevard, East
Charleston, West Virginia 25311
Phone:        304-346-0464
Fax:          304-345-5775
e-mail:       chris@heavenslawfirm.com
              aaron@heavenslawfirm.com