## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**S.F.,**

    **Plaintiff,**

v.                                                   **Civil Action No. 2:18-cv-94**
                                                   **Honorable John Preston Bailey**

**NEWTON E. HIGGINBOTHAM III,**
**Individually and as an agent for The State**
**of West Virginia, Department of Military**
**Affairs, and the West Virginia State Police,**

    **Defendant.**

### NOTICE OF VIDEOGRAPHIC DEPOSITION OF PLAINTIFF S.F.

PLEASE TAKE NOTICE that Defendant Newton E. Higginbotham, by the undersigned counsel, will take the deposition of Plaintiff S.F., on **Friday, May 17, 2019,** beginning at **11:00 a.m.,** at the law offices of Steptoe & Johnson PLLC, 707 Virginia Street, East, Chase Tower, 17th Floor, Charleston, WV 25301.

This deposition will be administered upon oral examination before a qualified officer authorized to administer oaths, and will be recorded and transcribed by stenographic and videographic means. The deposition shall continue during usual business hours until completed. This deposition will be used for any purpose allowed under the Federal Rules of Civil Procedure in the trial of the above-captioned matter.

You may attend to protect your interests as they appear herein.

                                                     **NEWTON E. HIGGINBOTHAM III,**
                                                     **By counsel:**

                                                     /s/ Michael D. Mullins
                                                     Michael D. Mullins (WVSB No. 7754)
                                                     Shawn A. Morgan (WVSB No. 6640)
**STEPTOE & JOHNSON PLLC**           Chase Tower, 17th Floor
        **Of Counsel**                         707 Virginia Street East
                                                     Post Office Box 1588
                                                       Charleston, WV 25326-1588
                                                       Telephone:  (304) 353-8000
                                                       Facsimile:  (304) 353-8180

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

S.F.,

      Plaintiff,

v.                                                        Civil Action No. 2:18-cv-94
                                                        Honorable John Preston Bailey

NEWTON E. HIGGINBOTHAM III,
Individually and as an agent for The State
of West Virginia, Department of Military
Affairs, and the West Virginia State Police,

      Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on the ___9th___ day of April, 2019, I filed the foregoing **"Notice of Videographic Deposition of Plaintiff S.F.,"** by utilizing the CM/ECF system which will send electronic notification of said filing to the CM/ECF participants below:

| | |
|---|---|
| Christopher J. Heavens, Esq. (WVSB # 5776) | Harris Reporting, LLC |
| Aaron M. Kidd (WVSB # 13213) | 24054 Kanawha Avenue, SE |
| Heavens Law Firm, PLLC | Charleston, WV  25304 |
| 2438 Kanawha Boulevard, East | barbaraharrisccr@suddenlink.net |
| Charleston, WV  25311 | 304-345-4742 |
| *Counsel for Plaintiff* | *Court Reporting Agency* |

                                                      /s/ Michael D. Mullins
                                                     Michael D. Mullins (WVSB No. 7754)
**STEPTOE & JOHNSON PLLC**             Chase Tower, 17th Floor
        **Of Counsel**                         707 Virginia Street East
                                                     Post Office Box 1588
                                                     Charleston, WV 25326-1588
                                                     Telephone:  (304) 353-8000
                                                   Facsimile:  (304) 353-8180
                                                   michael.mullins@steptoe-johnson.com

004600/01932