IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

S.F.,

      PLAINTIFF,

v.                                            Civil Action No. 2:18-cv-94
                                            Judge John Preston Bailey

NEWTON E. HIGGINBOTHAM III,
individually and as an agent for
The State of West Virginia, Department of
Military Affairs, and the West Virginia
State Police,

      DEFENDANT.

## NOTICE OF VIDEO DEPOSITION
## OF NEWTON E. HIGGINBOTHAM III

**PLEASE TAKE NOTICE** that the Plaintiff, by and through her counsel, will take the video deposition of Newton E. Higgonbotham, III, on May 17, 2019, beginning at 2:00 p.m., pursuant to Rule 30 of the Federal Rules of Civil Procedure. This deposition will be held at the law offices of Steptoe & Johnson, PLLC, 707 Virginia Street, East, Chase Tower, 17th floor, Charleston, West Virginia, and will be recorded by video,  sound, sound-and-visual, stenographic means, and/or by written questions, before a Notary Public who is not of counsel nor interested in this cause in accordance with the Federal Rules of Civil Procedure. You are invited to attend and protect your interests.


**S.F.,**

**PLAINTIFF, BY COUNSEL**



           s// Christopher J. Heavens

**HEAVENS LAW FIRM, PLLC**

Christopher J. Heavens (WV Bar No. 5776)
Aaron M. Kidd (WV Bar No. 13213)
2438 Kanawha Boulevard, East
Charleston, West Virginia 25311
Phone:          (304) 346-0464
Fax:              (304) 345-5775
e-mail:          chris@heavenslawfirm.com
                     aaron@heavenslawfirm.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

S.F.,

      PLAINTIFF,

v.                                                Civil Action No. 2:18-cv-94
                                                Judge John Preston Bailey

NEWTON E. HIGGINBOTHAM III,
individually and as an agent for
The State of West Virginia, Department of
Military Affairs, and the West Virginia
State Police,

      DEFENDANT.

## CERTIFICATE OF SERVICE

The undersigned, counsel for the Plaintiff, S.F., certifies that on the 9th day of April 2019, **Notice of Video Deposition of Newton E. Higgonbotham, III,** was served upon counsel listed below, and filed with the United States District Court, Northern District of West Virginia using the CM/ECF system:

      Michael D. Mullins, Esq.
      **Steptoe & Johnson**
      Post Office Box 1588
      Charleston, WV 25326
      *Counsel for Defendant, Newton E. Higginbotham III*

                         s// Christopher J. Heavens
                    Christopher J. Heavens (WV Bar No. 5776)
                    Aaron M. Kidd (WV Bar No. 13213)
                    **HEAVENS LAW FIRM, PLLC**
                    2438 Kanawha Boulevard, East
                    Charleston, West Virginia 25311
                    Phone:     (304) 346-0464
                    Fax:        (304) 345-5775
                    e-mail:     chris@heavenslawfirm.com
                                     aaron@heavenslawfirm.com