IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

S.F.,

      PLAINTIFF,

v.

NEWTON E. HIGGINBOTHAM III,
individually and as an agent for
The State of West Virginia, Department of
Military Affairs, and the West Virginia
State Police,

      DEFENDANT.

Civil Action No. 2:18-cv-94
Judge John Preston Bailey

## AMENDED NOTICE OF VIDEO DEPOSITION
## OF NEWTON E. HIGGINBOTHAM III

**PLEASE TAKE NOTICE** that the Plaintiff, by and through her counsel, will take

the video deposition of Newton E. Higgonbotham, III, on May 21, 2019, beginning at 9:00

a.m., pursuant to Rule 30 of the Federal Rules of Civil Procedure. This deposition will be

held at the law offices of Steptoe & Johnson, PLLC, 707 Virginia Street, East, Chase Tower,

17th floor, Charleston, West Virginia, and will be recorded by video,  sound, sound-and-

visual, stenographic means, and/or by written questions, before a Notary Public who is not

of counsel nor interested in this cause in accordance with the Federal Rules of Civil

Procedure. You are invited to attend and protect your interests.

**S.F.,**

**PLAINTIFF, BY COUNSEL**

_____
s// Christopher J. Heavens

2

**HEAVENS LAW FIRM, PLLC**

Christopher J. Heavens (WV Bar No. 5776)
Aaron M. Kidd (WV Bar No. 13213)
2438 Kanawha Boulevard, East
Charleston, West Virginia 25311
Phone:          (304) 346-0464
Fax:             (304) 345-5775
e-mail:         chris@heavenslawfirm.com
                 aaron@heavenslawfirm.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

S.F.,

      PLAINTIFF,

v.

                                       Civil Action No. 2:18-cv-94
                                       Judge John Preston Bailey

NEWTON E. HIGGINBOTHAM III,
individually and as an agent for
The State of West Virginia, Department of
Military Affairs, and the West Virginia
State Police,

      DEFENDANT.

## CERTIFICATE OF SERVICE

The undersigned, counsel for the Plaintiff, S.F., certifies that on the 18th day of April 2019, **Amended Notice of Video Deposition of Newton E. Higgonbotham, III,** was served upon counsel listed below, and filed with the United States District Court, Northern District of West Virginia using the CM/ECF system:

> Michael D. Mullins, Esq.
> **Steptoe & Johnson**
> Post Office Box 1588
> Charleston, WV 25326
> *Counsel for Defendant, Newton E. Higginbotham III*

>   s// Christopher J. Heavens
> Christopher J. Heavens (WV Bar No. 5776)
> Aaron M. Kidd (WV Bar No. 13213)
> **HEAVENS LAW FIRM, PLLC**
> 2438 Kanawha Boulevard, East
> Charleston, West Virginia 25311
> Phone:      (304) 346-0464
> Fax:         (304) 345-5775
> e-mail:      chris@heavenslawfirm.com
>                 aaron@heavenslawfirm.com