IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

S.F.,

    PLAINTIFF,

v.                                                                                                                 Civil Action No. 2:18-cv-94
                                                                                                                Judge John Preston Bailey

NEWTON E. HIGGINBOTHAM III,
individually and as an agent for
The State of West Virginia, Department of
Military Affairs, and the West Virginia
State Police,

    DEFENDANT.

**AMENDED NOTICE OF VIDEO DEPOSITION
OF FIRST LIEUTENANT K. M. SMOUSE**

**PLEASE TAKE NOTICE** that the Plaintiff, by and through her counsel, will take the video deposition of First Lieutenant K. M. Smouse on May 17, 2019, beginning immediately after the deposition of the plaintiff, pursuant to Rule 30 of the Federal Rules of Civil Procedure. This deposition will be held at the law offices of Steptoe & Johnson, PLLC, 707 Virginia Street, East, Chase Tower, 17th floor, Charleston, West Virginia, and will be recorded by video, sound, sound-and-visual, stenographic means, and/or by written questions, before a Notary Public who is not of counsel nor interested in this cause in accordance with the Federal Rules of Civil Procedure. You are invited to attend and protect your interests.

                                                                                  S.F.,

                                                                                  **PLAINTIFF, BY COUNSEL**

                                                                       s// Christopher J. Heavens

**HEAVENS LAW FIRM, PLLC**

Christopher J. Heavens (WV Bar No. 5776)
Aaron M. Kidd (WV Bar No. 13213)
2438 Kanawha Boulevard, East
Charleston, West Virginia 25311
Phone:     (304) 346-0464
Fax:       (304) 345-5775
e-mail:    chris@heavenslawfirm.com
           aaron@heavenslawfirm.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

S.F.,

    PLAINTIFF,

v.                                                                            Civil Action No. 2:18-cv-94
                                                                           Judge John Preston Bailey

NEWTON E. HIGGINBOTHAM III,
individually and as an agent for
The State of West Virginia, Department of
Military Affairs, and the West Virginia
State Police,

    DEFENDANT.

## CERTIFICATE OF SERVICE

The undersigned, counsel for the Plaintiff, S.F., certifies that on the 18th day of April 2019, **Amended Notice of Video Deposition of First Lieutenant K. M. Smouse,** was served upon counsel listed below, and filed with the United States District Court, Northern District of West Virginia using the CM/ECF system:

        Michael D. Mullins, Esq.
        **Steptoe & Johnson**
        Post Office Box 1588
        Charleston, WV 25326
        *Counsel for Defendant, Newton E. Higginbotham III*

                                                           _s// Christopher J. Heavens_
                                           Christopher J. Heavens (WV Bar No. 5776)
                                           Aaron M. Kidd (WV Bar No. 13213)
                                           **HEAVENS LAW FIRM, PLLC**
                                           2438 Kanawha Boulevard, East
                                           Charleston, West Virginia 25311
                                           Phone:       (304) 346-0464
                                           Fax:          (304) 345-5775
                                           e-mail:      chris@heavenslawfirm.com
                                                                     aaron@heavenslawfirm.com