IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**S.F.,**

    **Plaintiff,**

**v.**                                         **Civil Action No. 2:18-cv-94**
                                                     **Honorable John Preston Bailey**

**NEWTON E. HIGGINBOTHAM III,**
Individually and as an agent for The State
of West Virginia, Department of Military
Affairs, and the West Virginia State Police,

    **Defendant.**

## NOTICE OF MEDIATION

PLEASE TAKE NOTICE that mediation in the above-styled civil action will take place on **Thursday, May 30, 2019, beginning at 10:00 a.m.**, at the law offices of Steptoe & Johnson PLLC, Chase Tower, 17th Floor, 707 Virginia Street, East, Charleston, WV 25301.  S. Douglas Adkins is to serve as mediator.

You are invited to attend to protect your interests as they may appear.

                                                           **NEWTON E. HIGGINBOTHAM III,**

                                                           **By counsel:**

| | |
|---|---|
| | /s/ Michael D. Mullins |
| | Michael D. Mullins (WVSB No. 7754) |
| **STEPTOE & JOHNSON PLLC** | Chase Tower, 17th Floor |
| **Of Counsel** | 707 Virginia Street East |
| | Post Office Box 1588 |
| | Charleston, WV 25326-1588 |
| | Telephone:  (304) 353-8000 |
| | Facsimile:  (304) 353-8180 |
| | michael.mullins@steptoe-johnson.com |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**S.F.,**

    **Plaintiff,**

v.                                                    **Civil Action No. 2:18-cv-94**
                                                          **Honorable John Preston Bailey**

**NEWTON E. HIGGINBOTHAM III,**
**Individually and as an agent for The State**
**of West Virginia, Department of Military**
**Affairs, and the West Virginia State Police,**

    **Defendant.**

## CERTIFICATE OF SERVICE

I hereby certify that on the ___19th___ day of April, 2019, I filed the foregoing **"Notice of Mediation"** with the Clerk of Court by utilizing the CM/ECF system which will send electronic notification of said filing to the CM/ECF participants below:

Christopher J. Heavens, Esq. (WVSB # 5776)
Aaron M. Kidd (WVSB # 13213)
Heavens Law Firm, PLLC
2438 Kanawha Boulevard, East
Charleston, WV  25311
*Counsel for Plaintiff*

                                                          /s/ Michael D. Mullins
                                                          Michael D. Mullins (WVSB No. 7754)
**STEPTOE & JOHNSON PLLC**      Chase Tower, 17th Floor
          **Of Counsel**                      707 Virginia Street East
                                                          Post Office Box 1588
                                                          Charleston, WV 25326-1588
                                                          Telephone:  (304) 353-8000
                                                          Facsimile:  (304) 353-8180
                                                          michael.mullins@steptoe-johnson.com